IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARCUS ISOM,

    Petitioner,

vs.                                                            CASE NO. 1:09-cv-177-MMP-AK

WALTER A. McNEIL,

    Respondent.

_____/

## O R D E R

This case is before the Court on Petitioner's motion for a 45-day extension of time to file his reply to the Respondent's response. Doc. 15. For good cause shown, the Court finds the motion is well taken, and it is **GRANTED**. Petitioner shall file his reply no later than **March 11, 2010**.

**DONE AND ORDERED** this **25**th day of January, 2010.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**