IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARCUS ISOM,

    Petitioner,

v.                                      CASE NO. 1:09-cv-00177-MP-AK

WALTER A MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Motion to Stay, Doc. 21, regarding the Petition for Writ of Habeas Corpus by Marcus Isom, Doc. 1. Petitioner has filed a motion for a new trial in state court, raising claims of newly discovered evidence. If the new trial were granted, the instant *habeas corpus* petition would become unnecessary, and if the new trial were denied, the petition could be amended to include any and all claims so that they could be adjudicated at once. Respondent does not oppose the stay, so long as Petitioner is responsible for keeping the Court updated on the status of the state court proceeding. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Motion to Stay, Doc. 21, is GRANTED.

2. This petition is STAYED pending the result of the state court motion for a new trial.

3. Mr. Isom will file a status report with the Court on June 23, 2010 and every 90 days thereafter, updating the Court on the status of the pending state court proceeding.

**DONE AND ORDERED** this  *23rd* day of March, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
