IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARCUS ISOM,

    Petitioner,

v.                                                                           CASE NO. 1:09-cv-177-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 40, Petitioner's "Motion to Supplement Federal Habeas Petition with Exhausted Newly Discovered Evidence Claim and Notice to Court." Petitioner's § 2254 petition was filed in 2009 and fully briefed. (Docs. 1, 13, 18.) Shortly thereafter, Petitioner moved to stay his habeas petition based on a motion for a new trial filed in state court claiming newly discovered evidence regarding a key state witness. (Doc. 21.) This Court granted the stay, because if "the new trial were granted, the instant *habeas corpus* petition would become unnecessary, and if the new trial were denied, the petition could be amended to include any and all claims so that they could be adjudicated at once." (Doc. 23.)

Petitioner has filed status reports every 90 days since the case was stayed, and on December 6, 2012, in his motion to supplement, notified the Court that his state proceedings had concluded. Petitioner's motion for a new trial was denied by the trial court and again on appeal, with mandate issuing by the First DCA on November 14,

2012. Petitioner contends that he has now fully exhausted these new claims and wishes to amend his petition accordingly. To that end, he has attached his appellate brief on the new claims. (Doc. 40.)

Petitioner's original petition contained 12 grounds of ineffective assistance of counsel. His petition is due to be amended as described in Doc. 40, to include additional claims regarding recanted evidence by state witness Kevin Jermaine Patterson, alleged police misconduct, and alleged withholding of evidence by the prosecution.

Accordingly, it is **ORDERED AND ADJUDGED** that**:**

1. Petitioner's motion to supplement his § 2254 habeas petition, construed as a motion to amend the petition, (Doc. 40) is **GRANTED**.

2. The Government shall file a response to the claims raised in Petitioner's motion to supplement **on or before January 10, 2013.** Absent exigent circumstances, no extensions of time will be granted to brief these discrete issues, given the age of the case.

3. Petitioner shall file a reply, if any, **on or before February 11, 2013.**

4. The **Clerk** is directed to lift the stay in this case, pursuant to the Court's previous Order, Doc. 23, as the state court motion for a new trial has been resolved.

**DONE AND ORDERED** this 11th day of December 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge